JESSE VOGEL et al., Respondents, v. MAX GOLDSMITH, as Executor of ADOLPH KAUFMAN, Deceased, Appellant.

(Argued June 6, 1935; decided July 11, 1935.)

*Winfred C. Allen* and *Jacob Marx* for appellant.
*Ivan E. Maginn* and *Joseph L. Frieder* for respondents.
Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.